UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| FORESIGHT COAL SALES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 3:21-cv-00016-GFVT |
| v. | ) | |
| | ) | **ORDER** |
| KENT CHANDLER, in his official capacity as Chairman and Commissioner of the Kentucky Public Service Commission, *et al.*, | ) ) ) ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Defendants' Motion to Remand Motion for Partial Summary Judgment. [R. 65.] On January 19, 2022, the Defendants moved for partial summary judgment. [R. 52.] After an appeal on this Court's denial of a motion for preliminary injunction, the Defendants now "move to remand their pending motion for partial summary judgment" to "take account of the Sixth Circuit's intervening decision." [R. 65.] In effect, the Defendants' request would render the motion "no longer submitted for a decision." [R. 65-1.] Accordingly, and the Court being sufficiently advised, the Defendants' motion [**R. 65**] is **GRANTED** and the Defendants' motion for partial summary judgment **[R. 52]** is **DENIED AS MOOT**.

This the 3d day of March, 2023.

Gregory F. Van Tatenhove
United States District Judge