# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 8, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

```
FILED
May 11, 2023
DEBORAH S. HUNT, Clerk
```

Re:  Kent Chandler, in His Official Capacity as Chairman and
Commissioner of Kentucky Public Service Commission, et al.
v. Foresight Coal Sales, LLC
No. 22-1083
(Your No. 21-6069)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 4, 2023 and placed on the docket May 8, 2023 as No. 22-1083.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst