UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| FORESIGHT COAL SALES LLC<br><br>*Plaintiff*<br><br>v.<br><br>KENT CHANDLER, in his official capacity as Chairman and Commissioner of the Kentucky Public Service Commission, *et al.*<br><br>*Defendants* | Civil Action No. 3:21-CV-0016-GFVT |

## NOTICE OF ENTRY OF APPEARANCE

Under Local Rule 83.5, please take notice that Heather L. Becker, Aaron J. Silletto, and Zachary M. Zimmerer enter their appearances as co-counsel of record for Defendants Kent Chandler, *et al.*, in the above-captioned action. Please serve all future filings and papers on them using the contact information below.

1

Respectfully submitted,

/s/ Zachary M. Zimmerer
Matthew F. Kuhn (Bar # 94241)
Heather L. Becker (Bar # 94360)
Aaron J. Silletto (Bar # 89305)
Zachary M. Zimmerer (Bar # 100114)
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Matt.Kuhn@ky.gov
Heather.Becker@ky.gov
Aaron.Silletto@ky.gov
Zachary.Zimmerer@ky.gov

*Counsel for the Defendants
Kent Chandler, et al.*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2023, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Zachary M. Zimmerer

*Counsel for the Defendants*
*Kent Chandler, et al.*